IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**RICHARD PITTMAN,**

    **Defendant.**                            Case No. 05-CR-30133-DRH

## ORDER

**HERNDON, District Judge:**

Now before this Court is defendant Richard Pittman's second Motion for Temporary Custody Transfer From Perry County Jail. (Doc. 214.) It appears the concerns defendant Pittman voiced in his first Motion are ongoing. However, the Court again must **DENY** Defendant's Motion (Doc. 214), as it is within the discretion of the U.S. Marshall's Office to determine how best to detain Defendant.

    **IT IS SO ORDERED.**

    Signed this 25th day of August, 2006.

                                            /s/      David   RHerndon
                                            **United States District Judge**