IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD PITTMAN, et al.,

    Defendants.      Case No. 05-CR-30133-DRH

### ORDER

**HERNDON, District Judge:**

    Before the Court is defendant Richard Pittman's Motion for Additional Time to File Answer to Presentence Report (Doc. 464) because counsel has not had an opportunity to thoroughly examine the report with the defendant. As his sentencing hearing is not until May 4, 2007, the Court **GRANTS** the Motion (Doc. 464) and allows defendant Richard Pittman to file his objections to the Presentence Report on or before **April 18, 2007**.

    **IT IS SO ORDERED.**

    Signed this 11th day of April, 2007

    /s/     David RHerndon
**United States District Judge**